USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
OMEGA CONSTRUCCIONES INDUSTRIALES, S.A. :
DE C.V. et al.,                                                        :
:
                              Petitioners,            :        20-CV-5787 (JPC)
:
        -v-                                                        :        NOTICE OF
:        REASSIGNMENT
COMISIÓN FEDERAL DE ELECTRICIDAD,           :
:
                              Respondent.             :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

       SO ORDERED.

Dated: October 13, 2020
       New York, New York
                                                    JOHN P. CRONAN
                                               United States District Judge