USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
OMEGA CONSTRUCCIONES INDUSTRIALES, S.A. :
DE C.V. et al.,                                        :
                                                       :
                          Petitioners,    :        20-CV-5787 (JPC)
                                                       :
        -v-                                            :        <u>ORDER</u>
                                                       :
COMISIÓN FEDERAL DE ELECTRICIDAD,      :
                                                       :
                          Respondent.   :
                                                       :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The instant petition was filed on July 24, 2020. (Dkt. 1). To date, the docket does not reflect that the Petition was ever served on the Respondent. The Petitioners are hereby ordered to file a status letter with the Court by November 30, 2020, notifying the Court as to the status of service on the Respondent.

       SO ORDERED.

Dated: November 17, 2020
       New York, New York
                                                       JOHN P. CRONAN
                                                      United States District Judge